IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANTZLER, INC., *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> PUERTO RICO PORTS AUTHORITY, *et al.*, <br><br> **Defendants.** | **Civil No.** 17-1447 (FAB) |

**PARTIAL JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 102), plaintiffs' takings, procedural due process, and substantive due process claims pursuant to section 1983 are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 26, 2018.

s/ Francisco A. Besosa <br>
FRANCISCO A. BESOSA <br>
UNITED STATES DISTRICT JUDGE