# United States Court of Appeals
## For the First Circuit

_____

No. 18-2087

DANTZLER, INC.; NORTHWESTERN SELECTA, INC.;
ALBERIC COLÓN AUTO SALES, INC.; ALBERIC COLÓN DODGE CHRYSLER
JEEP, INC.; ALBERIC COLÓN FORD, INC.; ALBERIC COLÓN MITSUBISHI, INC.;
SACHS CHEMICAL, INC.; MAYS CHEMICAL COMPANY OF
PUERTO RICO, INC.; MADERAS ALPHA, INC.; CELTA EXPORT CORPORATION;
COUGAR PLASTICS CORPORATION;
CARIBBEAN PRODUCE EXCHANGE, LLC; MADEARTE FURNITURE IMPORTS &
DISTRIBUTORS, INC.; MADERAS 3C, INC.; MARJOR & SONS, INC.;
M.M. FASHION & DESIGN, INC.; PAPELERA DEL PLATA, INC.;
THE PAPERHOUSE CORP.; PLAVICA, INC.; EMPRESAS BERRÍOS, INC.;
JOSÉ SANTIAGO, INC.; CORREA TIRE DISTRIBUTOR, INC.;
EUGENIO SERAFIN, INC., d/b/a Est Hardware,

Plaintiffs, Appellees,

v.

EMPRESAS BERRÍOS INVENTORY AND OPERATIONS, INC.;
CORREA TIRE,

Plaintiffs,

v.

S2 SERVICES PUERTO RICO, LLC; RAPISCAN SYSTEMS, INC.,
Defendants, Appellants,

PUERTO RICO PORTS AUTHORITY, JOHN DOE; JANE DOE; ABC CORP.,
XYZ CORP.; UNKNOWN INSURANCE COMPANIES,

Defendants.

_____

No. 18-2089

DANTZLER, INC.; NORTHWESTERN SELECTA, INC.;
ALBERIC COLÓN AUTO SALES, INC.; ALBERIC COLÓN DODGE CHRYSLER
JEEP, INC.; ALBERIC COLÓN FORD, INC.; ALBERIC COLÓN MITSUBISHI, INC.;
SACHS CHEMICAL, INC.; MAYS CHEMICAL COMPANY OF

PUERTO RICO, INC.; MADERAS ALPHA, INC.; CELTA EXPORT CORPORATION;
COUGAR PLASTICS CORPORATION;
CARIBBEAN PRODUCE EXCHANGE, LLC; MADEARTE FURNITURE IMPORTS &
DISTRIBUTORS, INC.; MADERAS 3C, INC.; MARJOR & SONS, INC.;
M.M. FASHION & DESIGN, INC.; PAPELERA DEL PLATA, INC.;
THE PAPERHOUSE CORP.; PLAVICA, INC.; EMPRESAS BERRÍOS, INC.;
JOSÉ SANTIAGO, INC.; CORREA TIRE DISTRIBUTOR, INC.;
EUGENIO SERAFIN, INC., d/b/a Est Hardware,

Plaintiffs, Appellees,

v.

EMPRESAS BERRÍOS INVENTORY AND OPERATIONS, INC.;
CORREA TIRE,

Plaintiffs,

v.

PUERTO RICO PORTS AUTHORITY,

Defendant, Appellant,

S2 SERVICES PUERTO RICO, LLC; RAPISCAN SYSTEMS, INC.,
JANE DOE; ABC CORP., XYZ CORP.; and UNKNOWN INSURANCE COMPANIES,

Defendants.
_____

**JUDGMENT**
Entered: May 1, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's order and partial judgment are vacated, and the matter is remanded for dismissal on jurisdictional grounds.  The parties shall bear their own costs.

By the Court:
Maria R. Hamilton, Clerk

cc:
Hon. Francisco A. Besosa
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico

Ian Carvajal-Zarabozo
Manuel Sosa-Baez
Luis N. Saldana-Roman
Alberto J. Castaner-Padro III
Deborah C. Waters
Elwood C. Stevens Jr.
Eyck O. Lugo-Rivera
Maria Teresa Figueroa-Colon
Mark D. Campbell
Matthew W. Light
Thomas J. Trebilcock-Horan
Heriberto Lopez-Guzman