IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANTZLER, INC., ET AL<br><br>    Plaintiffs<br><br>    v.<br><br>PUERTO RICO PORTS AUTHORITY, ET AL<br><br>    Defendants | **CIVIL NO. 17-1447**(RAM) |

**JUDGMENT**

Having received the Mandate (Docket No. 116), and pursuant to the United States Court of Appeals for the First Circuit's Opinion and Judgment of May 1, 2020 (Docket Nos. 114-115), this action is **DISMISSED** without prejudice for lack of subject matter jurisdiction (lack of Article III standing to sue). *See* Hochendoner v. Genzyme Corp., 823 F.3d 724,736 (1st Cir. 2016)(Holding that "a dismissal for lack of Article III standing must operate without prejudice").

This case is now closed for statistical purposes.

In San Juan, Puerto Rico this 14th day of September 2020.

                                          S/ RAÚL M. ARIAS-MARXUACH
                                          United States District Judge